

Gregory Anderson <greg@lawofficeofgregoryanderson.com>

## Wolf Discovery Meet & Confer

**Henry Elster** <henry@elsterlaw.com>                                                               Tue, Nov 1, 2022 at 2:32 PM
To: "Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>, Gregory Anderson <greg@lawofficeofgregoryanderson.com>

Andrew:
Good afternoon. This is a follow-up to our previous phone call about discovery (before the motion to stay discovery was filed) and the discovery objections that were issued on 8/24. As you know, under the amended CMO, we have until March 31, 2023 to complete all discovery. There are earlier discovery deadlines, including on 12/2 and 1/13.

To start, all discovery responses were due on or about 8/24. While you have requested a stay of discovery pending the motion to dismiss, the Court hasn't ruled on that request, nor do we think it was well-taken. The responses are past due. It appears you have made objections to all interrogatories and all requests for production based on the motion to stay. Please withdraw those objections and respond. Litigants cannot unilaterally order a stay.

Similarly, please withdraw your objections to the remaining discovery items. Local Court Rule 3.04 contemplates a meet and confer in person or by telephone to discuss motions relating to discovery before they are filed. To that end, please let me know if any of the following dates and times work to discuss all of your discovery objections:

11/4 (afternoon)
11/7 (after 2pm CST)
11/11 (anytime)
11/15 (anytime)
11/16 (anytime)

Thanks. Please accept this email as a sincere attempt to resolve a discovery dispute without court intervention.

--
Henry Elster
225 S. Meramec, #325
Clayton, Missouri 63105
(Telephone) (314) 727-0868
E-mail: henry@elsterlaw.com

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 283-8930 and destroy all copies of this communication and any attachments. If this e-mail transmission has been received by the above-named recipient, please note that e-mail is not always a secure method to communicate with attorneys.



DEFENDANT'S EXHIBIT B



Gregory Anderson <greg@lawofficeofgregoryanderson.com>

## Wolf Discovery Meet & Confer

**Buttaro, Andrew M.** <andrew.buttaro@morganlewis.com>   Mon, Nov 21, 2022 at 9:26 PM
To: Henry Elster <henry@elsterlaw.com>, Gregory Anderson <greg@lawofficeofgregoryanderson.com>
Cc: "Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>, "Tyler C. Schaeffer" <tcs@carmodymacdonald.com>

Henry,

Thanks for speaking with me earlier today. As discussed, we stand by our motion to stay and maintain that the proper approach in this case is to resolve dismissal of the counterclaims before engaging in full-fledged discovery. With that said, we would like to avoid burdening the Court and the parties with a motion to compel, particularly given the upcoming holidays.

To that end, we propose that, if you refrain from moving to compel, we would agree to serve supplemental responses and objections to the document requests and interrogatories by January 13, 2022. We also would agree to make a substantial production of documents by that date. We believe that this supplementation of our discovery requests and supplemental production will substantially narrow the issues that your motion to compel will raise. We also believe there is efficiency in this approach in that, by the time your motion is fully briefed, argued, and decided, you will have been able to see the extent to which the supplementation narrows or eliminates the issues.

Again, this is proposal is not a recognition that this discovery is warranted or proper; we stand by our motions. Rather, it is effort to reach a compromise on this matter while the motion to stay and the motion to dismiss are pending.

Please let us know if you are amenable to our proposal. Thank you.

**Andrew M. Buttaro**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

andrew.buttaro@morganlewis.com | www.morganlewis.com

Call 314-283-8930.

On Sat, Nov 19, 2022, 7:52 AM Buttaro, Andrew M. <andrew.buttaro@morganlewis.com> wrote:

> Great, thanks. I'll call you then.
>
> **Andrew M. Buttaro**
>
> **Morgan, Lewis & Bockius LLP**
>
> One Federal Street | Boston, MA 02110-1726
>
> Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
>
> andrew.buttaro@morganlewis.com | www.morganlewis.com
>
> Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com
>
> ---
>
> **From:** Henry Elster <henry@elsterlaw.com>
> **Sent:** Saturday, November 19, 2022 8:48 AM
> **To:** Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>
> **Cc:** Gregory Anderson <greg@lawofficeofgregoryanderson.com>; Solomont, Charles L. <carl.solomont@morganlewis.com>; Tyler C. Schaeffer <tcs@carmodymacdonald.com>
> **Subject:** Re: Wolf Discovery Meet & Confer
>
> [EXTERNAL EMAIL]
>
> Yes, let's tentatively plan on Monday at 4 ct.
>
> On Sat, Nov 19, 2022, 6:24 AM Buttaro, Andrew M. <andrew.buttaro@morganlewis.com> wrote:
>
>> Henry,
>>
>> Would 5 p.m. ET / 4 p.m. CT on Monday work for you? I could potentially do a little later than that (maybe 5:30 p.m. ET), but I have a hard stop at 6 p.m. ET.
>>
>> I am free Tuesday as well if you can make time outside of your hearing. Early Wednesday is also fine.
>>
>> Thanks.
>>
>> **Andrew M. Buttaro**
>>
>> **Morgan, Lewis & Bockius LLP**
>>
>> One Federal Street | Boston, MA 02110-1726
>>
>> Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
>>
>> andrew.buttaro@morganlewis.com | www.morganlewis.com
>>
>> Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com

**From:** Henry Elster <henry@elsterlaw.com>
**Sent:** Friday, November 18, 2022 6:16 PM
**To:** Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>
**Cc:** Gregory Anderson <greg@lawofficeofgregoryanderson.com>; Solomont, Charles L. <carl.solomont@morganlewis.com>; Tyler C. Schaeffer <tcs@carmodymacdonald.com>
**Subject:** Re: Wolf Discovery Meet & Confer

[EXTERNAL EMAIL]

Sorry, I couldn't do today. I can potentially do late Monday afternoon. I have a depo in the morning and an injunction hearing Tuesday.

On Fri, Nov 18, 2022, 9:06 AM Buttaro, Andrew M. <andrew.buttaro@morganlewis.com> wrote:

> Henry,
>
> Do you have time this afternoon (4 p.m. ET or after) or Monday morning / early afternoon to follow up on the issues we addressed in the meet and confer?
>
> Thank you.
>
> **Andrew M. Buttaro**
>
> **Morgan, Lewis & Bockius LLP**
>
> One Federal Street | Boston, MA 02110-1726
>
> Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
>
> andrew.buttaro@morganlewis.com | www.morganlewis.com
>
> Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com

**From:** Henry Elster <henry@elsterlaw.com>
**Sent:** Tuesday, November 8, 2022 3:14 PM
**To:** Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>
**Cc:** Gregory Anderson <greg@lawofficeofgregoryanderson.com>; Solomont, Charles L. <carl.solomont@morganlewis.com>; Tyler C. Schaeffer <tcs@carmodymacdonald.com>
**Subject:** Re: Wolf Discovery Meet & Confer

[EXTERNAL EMAIL]

Join Zoom Meeting
https://us06web.zoom.us/j/86050486453

Meeting ID: 860 5048 6453
One tap mobile
+13126266799,,86050486453# US (Chicago)
+16465588656,,86050486453# US (New York)

On Thu, Nov 3, 2022 at 2:37 PM Buttaro, Andrew M. <andrew.buttaro@morganlewis.com> wrote:

> Henry,
>
> I just started parental leave and Carl has a busy travel schedule through next week, so Wednesday, 11/16, at 11 a.m. ET works best for us. Please circulate call information for that time.
>
> We will not be withdrawing any objections ahead of that call. And we obviously disagree with much of your discussion below, but given that we will be conferring, we can address these topics, as needed, on our call.
>
> **Andrew M. Buttaro**
>
> **Morgan, Lewis & Bockius LLP**
>
> One Federal Street | Boston, MA 02110-1726
>
> Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
>
> andrew.buttaro@morganlewis.com | www.morganlewis.com
>
> Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com
>
> ---
>
> **From:** Henry Elster <henry@elsterlaw.com>
> **Sent:** Tuesday, November 1, 2022 3:32 PM
> **To:** Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>; Solomont, Charles L. <carl.solomont@morganlewis.com>; Gregory Anderson <greg@lawofficeofgregoryanderson.com>
> **Subject:** Wolf Discovery Meet & Confer
>
> [EXTERNAL EMAIL]
>
> Andrew:
>
> Good afternoon. This is a follow-up to our previous phone call about discovery (before the motion to stay discovery was filed) and the discovery objections that were issued on 8/24. As you know, under the amended CMO, we have until March 31, 2023 to complete all discovery. There are earlier discovery deadlines, including on 12/2 and 1/13.
>
> To start, all discovery responses were due on or about 8/24. While you have requested a stay of discovery pending the motion to dismiss, the Court hasn't ruled on that request, nor do we think it was well-taken. The responses are past due. It appears you have made objections to all interrogatories and all requests for production based on the motion to stay. Please withdraw those objections and respond. Litigants cannot unilaterally order a stay.
>
> Similarly, please withdraw your objections to the remaining discovery items. Local Court Rule 3.04 contemplates a meet and confer in person or by telephone to discuss motions relating to discovery before they are filed. To that end, please let me know if any of the following dates and times work to discuss all of your discovery objections:
>
> 11/4 (afternoon)

11/7 (after 2pm CST)

11/11 (anytime)

11/15 (anytime)

11/16 (anytime)

Thanks. Please accept this email as a sincere attempt to resolve a discovery dispute without court intervention.

--

Henry Elster
225 S. Meramec, #325

Clayton, Missouri 63105

(Telephone) (314) 727-0868

E-mail: henry@elsterlaw.com

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 283-8930 and destroy all copies of this communication and any attachments. If this e-mail transmission has been received by the above-named recipient, please note that e-mail is not always a secure method to communicate with attorneys.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

--

Henry Elster
225 S. Meramec, #325

Clayton, Missouri 63105

(Telephone) (314) 727-0868

E-mail: henry@elsterlaw.com

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 283-8930 and destroy all copies of this communication and any attachments. If this e-mail transmission has been received by the above-named recipient, please note that e-mail is not always a secure method to communicate with attorneys.