UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW D. WOLF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 4:22-cv-00397-PLC |
| v. | ) |
| | ) |
| DANIEL ALTMANN, | ) |
| | ) |
| Defendant. | ) |

## WITHDRAWAL OF MOTIONS TO COMPEL

Defendant Daniel Altmann, by and through undersigned counsel, and pursuant to the Court's February 9, 2023 Order, hereby withdraws his Motion to Compel Interrogatory Responses [ECF No. 54] and Motion to Compel Production of Documents [ECF No. 56] without prejudice.

DATED:	2-14-2023	Respectfully submitted,

　/s/ Gregory Anderson　　.
Gregory Anderson, #58827
greg@lawofficeofgregoryanderson.com
Law Office of Gregory Anderson, LLC
1420 Strassner Drive
St. Louis, MO 63144
Phone: (314) 962-1115
Fax: (314) 968-5030

*ATTORNEY FOR DANIEL ALTMANN*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 14th day of February, 2023 upon all counsel of record.

　　/s/ Gregory Anderson