

Gregory Anderson <greg@lawofficeofgregoryanderson.com>

## Matthew D. Wolf vs Daniel N. Altmann, et al.

**DEFENDANT'S EXHIBIT**
*A*





**Matthew D. Wolf vs Daniel N. Altmann, et al.**







**Matthew D. Wolf vs Daniel N. Altmann, et al.**



**Matthew D. Wolf vs Daniel N. Altmann, et al.**



**Matthew D. Wolf vs Daniel N. Altmann, et al.**











**Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

## Matthew D. Wolf vs Daniel N. Altmann, et al.







 **Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

## Wolf-Altmann - Settlement Agreement

**Buttaro, Andrew M.** <andrew.buttaro@morganlewis.com>                     Wed, Mar 1, 2023 at 10:55 AM
To: Henry Elster <henry@elsterlaw.com>, "Greg@Lawofficeofgregoryanderson.com"
<Greg@lawofficeofgregoryanderson.com>
Cc: "Tyler C. Schaeffer" <tcs@carmodymacdonald.com>, "Solomon, Charles L." <carl.solomont@morganlewis.com>,
"Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>



**Andrew M. Buttaro**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

andrew.buttaro@morganlewis.com | www.morganlewis.com

Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com

---

**From:** Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>
**Sent:** Thursday, February 23, 2023 9:55 AM
**To:** Henry Elster <henry@elsterlaw.com>; Greg@Lawofficeofgregoryanderson.com
**Cc:** Tyler C. Schaeffer <tcs@carmodymacdonald.com>; Solomon, Charles L. <carl.solomont@morganlewis.com>;
Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>
**Subject:** RE: Matthew D. Wolf vs Daniel N. Altmann, et al.



**Andrew M. Buttaro**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

andrew.buttaro@morganlewis.com | www.morganlewis.com

Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com



**From:** Henry Elster <henry@elsterlaw.com>
**Sent:** Thursday, February 23, 2023 6:35 AM
**To:** Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>
**Cc:** Greg@Lawofficeofgregoryanderson.com; Solomont, Charles L. <carl.solomont@morganlewis.com>; Tyler C. Schaeffer <tcs@carmodymacdonald.com>
**Subject:** Re: Matthew D. Wolf vs Daniel N. Altmann, et al.



On Thu, Feb 16, 2023, 10:42 AM Buttaro, Andrew M. <andrew.buttaro@morganlewis.com> wrote:



**Andrew M. Buttaro**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

andrew.buttaro@morganlewis.com | www.morganlewis.com

Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com

**From:** Henry Elster <henry@elsterlaw.com>
**Sent:** Thursday, February 16, 2023 10:35 AM
**To:** Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>
**Cc:** Greg@Lawofficeofgregoryanderson.com; Solomont, Charles L. <carl.solomont@morganlewis.com>; Tyler C. Schaeffer <tcs@carmodymacdonald.com>
**Subject:** Re: Matthew D. Wolf vs Daniel N. Altmann, et al.

On Wed, Feb 15, 2023 at 2:16 PM Buttaro, Andrew M. <andrew.buttaro@morganlewis.com> wrote:

**Andrew M. Buttaro**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

andrew.buttaro@morganlewis.com | www.morganlewis.com

Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com







# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| MATTHEW D. WOLF, <br><br> *Plaintiff and Counter-Defendant,* <br><br> v. <br><br> DANIEL N. ALTMANN, <br><br> *Defendant and Counter-Plaintiff,* <br><br> -and- <br><br> BOTANNIS LABS MO. CORP., INC., <br><br> *Counter-Plaintiff.* | No. 4:22-cv-397-PLC |

## NOTICE OF SETTLEMENT

The Parties, by counsel, hereby notify the Court that they reached a settlement in the above matter and are in the process of drafting a formal settlement document.

Date: February 16, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*s/ Charles L. Solomont* (with consent)
Charles L. Solomont, # 557190 (MA)
Andrew M. Buttaro, #684499 (MA)
One Federal Street
Boston, Massachusetts 02110
Tel.: (617) 341-7700
Fax: (617) 341-7701
carl.solomont@morganlewis.com
andrew.buttaro@morganlewis.com

CARMODY MacDONALD P.C.

Kevin M. Cushing, #27930 (MO)
Tyler C. Schaeffer, #60847 (MO)
120 S. Central Avenue, Suite 1800
Saint Louis, Missouri 63105
Tel.: (314) 854-8600
Fax: (314) 854-8660
kmc@carmodymacdonald.com
tcs@carmodymacdonald.com

*Attorneys for Plaintiff Matthew D. Wolf*

THE ELSTER LAW OFFICE, LLC

*/s/ Henry P. Elster*
Henry P. Elster, #62875MO
225 S. Meramec, Suite 325
Saint Louis, Missouri 63105
Tel.: 314-727-0868
henry@elsterlaw.com

LAW OFFICE OF GREGORY ANDERSON, LLC

*/s/ Gregory Anderson*
Gregory Anderson, #58827
1420 Strassner Drive
Saint Louis, Missouri 63144
Tel.: (314) 962-1115
Fax: (314) 968-5030
greg@lawofficeofgregoryanderson.com

*Attorneys for Defendants Daniel Altmann Botannis Labs Mo. Corp., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Henry P. Elster*
Attorney for Daniel Altmann and Botannis Labs

2





















Gregory Anderson <greg@lawofficeofgregoryanderson.com>

## Wolf-Altmann - Settlement Agreement

**Buttaro, Andrew M.** <andrew.buttaro@morganlewis.com>                    Wed, Mar 8, 2023 at 8:15 AM
To: Henry Elster <henry@elsterlaw.com>, "Greg@Lawofficeofgregoryanderson.com"
<Greg@lawofficeofgregoryanderson.com>
Cc: "Tyler C. Schaeffer" <tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>,
"Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>



DEFENDANT'S
EXHIBIT

 **Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

## Wolf-Altmann - Settlement Agreement

**Henry Elster** <henry@elsterlaw.com>                                                                Wed, Mar 8, 2023 at 1:03 PM
To: "Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>
Cc: "Greg@Lawofficeofgregoryanderson.com" <Greg@lawofficeofgregoryanderson.com>, "Tyler C. Schaeffer"
<tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>



**Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

---

## Wolf-Altmann - Settlement Agreement

---

**Henry Elster** <henry@elsterlaw.com>                                    Thu, Mar 9, 2023 at 9:54 AM
To: "Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>
Cc: "Greg@Lawofficeofgregoryanderson.com" <Greg@lawofficeofgregoryanderson.com>, "Tyler C. Schaeffer"
<tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>





























**Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

---

## Wolf-Altmann - Settlement Agreement

---

**Buttaro, Andrew M.** <andrew.buttaro@morganlewis.com>                    Fri, Mar 10, 2023 at 12:02 PM
To: Henry Elster <henry@elsterlaw.com>, "Greg@Lawofficeofgregoryanderson.com"
<Greg@lawofficeofgregoryanderson.com>
Cc: "Tyler C. Schaeffer" <tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>,
"Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>

█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████

**Andrew M. Buttaro**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

andrew.buttaro@morganlewis.com | www.morganlewis.com

Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com

---

**From:** Henry Elster <henry@elsterlaw.com>
**Sent:** Thursday, March 9, 2023 10:54 AM
**To:** Buttaro, Andrew M. <andrew.buttaro@morganlewis.com>
**Cc:** Greg@Lawofficeofgregoryanderson.com; Tyler C. Schaeffer <tcs@carmodymacdonald.com>; Solomont, Charles L.
<carl.solomont@morganlewis.com>
**Subject:** Re: Wolf-Altmann - Settlement Agreement

█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████





Gregory Anderson <greg@lawofficeofgregoryanderson.com>

---

## Wolf-Altmann - Settlement Agreement

---

**Henry Elster** <henry@elsterlaw.com>                                           Fri, Mar 10, 2023 at 12:12 PM
To: "Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>
Cc: "Greg@Lawofficeofgregoryanderson.com" <Greg@lawofficeofgregoryanderson.com>, "Tyler C. Schaeffer"
<tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>





**Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

## Wolf-Altmann - Settlement Agreement

**Buttaro, Andrew M.** <andrew.buttaro@morganlewis.com>                                    Fri, Mar 17, 2023 at 9:14 AM
To: Henry Elster <henry@elsterlaw.com>, "Greg@Lawofficeofgregoryanderson.com"
<Greg@lawofficeofgregoryanderson.com>
Cc: "Tyler C. Schaeffer" <tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>,
"Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>





DEFENDANT'S EXHIBIT



























 Gregory Anderson <greg@lawofficeofgregoryanderson.com>

---

## Wolf-Altmann - Settlement Agreement

---

**Buttaro, Andrew M.** <andrew.buttaro@morganlewis.com>                                         Thu, Mar 23, 2023 at 2:55 PM
To: Henry Elster <henry@elsterlaw.com>, "Greg@Lawofficeofgregoryanderson.com"
<Greg@lawofficeofgregoryanderson.com>
Cc: "Tyler C. Schaeffer" <tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>,
"Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>



**Andrew M. Buttaro**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.341.7743 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

andrew.buttaro@morganlewis.com | www.morganlewis.com

Assistant: Nancy H. Mailloux | +1.617.341.7700 | nancy.mailloux@morganlewis.com

[Quoted text hidden]





**Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

## Wolf-Altmann - Settlement Agreement

**Henry Elster** <henry@elsterlaw.com>                                    Fri, Mar 24, 2023 at 4:53 AM
To: "Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>
Cc: "Greg@Lawofficeofgregoryanderson.com" <Greg@lawofficeofgregoryanderson.com>, "Tyler C. Schaeffer"
<tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>





**DEFENDANT'S EXHIBIT**

L









7







Gregory Anderson <greg@lawofficeofgregoryanderson.com>

## Wolf-Altmann - Settlement Agreement

**Buttaro, Andrew M.** <andrew.buttaro@morganlewis.com>                    Tue, Mar 28, 2023 at 8:52 AM
To: Henry Elster <henry@elsterlaw.com>, "Greg@Lawofficeofgregoryanderson.com"
<Greg@lawofficeofgregoryanderson.com>
Cc: "Tyler C. Schaeffer" <tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>,
"Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>



DEFENDANT'S EXHIBIT

M



**Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

---

## Wolf-Altmann - Settlement Agreement

---

**Henry Elster** <henry@elsterlaw.com>                                    Tue, Mar 28, 2023 at 9:32 AM
To: "Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>
Cc: "Greg@Lawofficeofgregoryanderson.com" <Greg@lawofficeofgregoryanderson.com>, "Tyler C. Schaeffer"
<tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>





DEFENDANT'S
EXHIBIT
_N_



**Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

## Wolf-Altmann - Settlement Agreement

**Henry Elster** <henry@elsterlaw.com>                                     Thu, Mar 30, 2023 at 12:49 PM
To: "Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>
Cc: "Greg@Lawofficeofgregoryanderson.com" <Greg@lawofficeofgregoryanderson.com>, "Tyler C. Schaeffer"
<tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>





**Gregory Anderson <greg@lawofficeofgregoryanderson.com>**

## Wolf-Altmann - Settlement Agreement

**Buttaro, Andrew M.** <andrew.buttaro@morganlewis.com>                    Fri, Mar 31, 2023 at 2:44 PM
To: Henry Elster <henry@elsterlaw.com>, "Greg@Lawofficeofgregoryanderson.com"
<Greg@lawofficeofgregoryanderson.com>
Cc: "Tyler C. Schaeffer" <tcs@carmodymacdonald.com>, "Solomont, Charles L." <carl.solomont@morganlewis.com>,
"Buttaro, Andrew M." <andrew.buttaro@morganlewis.com>



DEFENDANT'S
EXHIBIT
P