# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW D. WOLF, | ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | ) No. 4:22-CV-397 PLC |
| DANIEL ALTMANN, | ) |
|     Defendant/Counter-Plaintiff, | ) |
| and | ) |
| BOTANNIS LABS MO. CORP. INC., | ) |
|     Counter-Plaintiff. | ) |

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [ECF No. 130] The parties stipulate to dismissal with prejudice of the action, and all claims and counter-claims, and without allocation of fees or costs. After careful consideration,

**IT IS HEREBY ORDERED** that the cause, and all claims and counter-claims, are **DISMISSED with prejudice**.

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of February, 2024